UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALLEN LANE CAIN(1),**

        **Defendant**.

**ORDER**
Criminal No. 05-237 (MJD/FLN)

_____

This matter is before the Court on Defendant's Appeal from Magistrate Judge Franklin Noel's September 6, 2005 Order. [Doc. No. 43.] Judge Noel's order required Defendant to provide four mouth swabs to be used for DNA testing. The appeal has been briefed by both Parties.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Appeal from Magistrate Judge Noel's September 6, 2005 Order [Doc. No. 43] is **DENIED**. Magistrate Judge Noel's September 6, 2005 Order [Doc. No. 41] is **AFFIRMED**.

Dated: September 12, 2005

                                            s/ Michael J. Davis
                                            Michael J. Davis
                                            United States District Court